UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| PRESTON KEKUMA HERNANDEZ,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:24-CV-00314-MLP<br><br><br><br>ORDER |

Based on the parties' agreement and stipulation, and good cause shown, it is hereby ORDERED as follows:

1. Pursuant to sentence four of 42 U.S.C. § 405(g), the above-captioned case is reverse d and remanded to the Defendant Commissioner of Social Security for further administrative proceedings and a new decision with respect to Plaintiff Preston Kekuma Hernandez's application for Supplemental Security Income under Title XVI of the Social Security Act.

2. On remand, the administrative law judge (ALJ) shall:

    a. Reassess the medical opinions;

    b. As necessary, reassess the findings at step three, the residual functional capacity assessment, the findings at step four, and the findings at step five; and

Page 1     ORDER - [2:24-CV-00314-MLP]

    c. Offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision.

3. Plaintiff shall be entitled to move for reasonable attorney fees and costs, pursuant to 28 U.S.C. § 2412(d).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED this 29th day of July, 2024.

MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

s/ Lars J. Nelson
LARS J. NELSON
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (206) 615-3717
Fax: (206) 615-2531
lars.nelson@ssa.gov